UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-01162 |
| MICHAEL TOLOMEO, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

**ORDER ENTERING AND CONTINUING TRUSTEE'S OBJECTIONS TO DEBTOR EXEMPTIONS AND GRANTING TRUSTEE'S OBJECTION TO DEBTOR'S WAGE ACT EXEMPTION**

This matter coming before the Court on the Objection (the "Objection") (capitalized terms used herein and not otherwise defined herein shall have the meaning ascribed to them in the Objection) of Barry A. Chatz, solely in his capacity as the chapter 7 trustee of ("Trustee") of the estate of Michael Tolomeo ("Debtor") to the certain exemptions claimed in the Amended Schedule C filed December 16, 2013 (Docket No. 143) ("Final Exemptions"); the Court having reviewed the Objection; the Court having jurisdiction over the parties and the subject matter of the Objection; due notice having been given and no further notice being required; and being otherwise fully advised in the premises;
IT IS HEREBY ORDERED THAT:

1. The Objection is entered and continued with respect to the Debtor's Real Property Exemption and the Debtor's Policy Exemption as set forth in the Final Exemptions. The Objection is also entered and continued with respect to the Trustee's relief seeking a bar to further amendment to Schedule C.

2. The Debtor's Wage Act Exemption, as set forth in the Final Exemptions, is disallowed.

3. The Objection is set for further status on February 12, 2014 at ~~9:30~~ 10:00 a.m. in Courtroom 615.

Enter:

/s/ Janet S. Baer
United States Bankruptcy Judge

Dated: 2/4/14

**Prepared by:**
John Guzzardo
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151

Rev: 20130104_bko