**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-01162 |
| MICHAEL TOLOMEO, | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | |

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that on, Wednesday, December 17, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard before the Honorable Judge Janet S. Baer, in Courtroom 615, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and then and therewith present FINAL FEE APPLICATION OF DIVINCENZO SCHOENFIELD SWARTZMAN AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE IN TOLOMEO V. CABADA, a copy of which is attached hereto and herewith served upon you.

                                                    Respectfully submitted,

                                                    s/Rick Schoenfield _____
                                                    Rick Schoenfield

DiVincenzo Schoenfield Swartzman
Special Counsel for Trustee
33 N. LaSalle, Suite 2900
Chicago, IL 60602
(312) 334-4809

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-01162 |
| MICHAEL TOLOMEO, | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | |

FINAL FEE APPLICATION OF DIVINCENZO SCHOENFIELD SWARTZMAN
AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE IN TOLOMEO V. CABADA

  1. Now comes Rick Schoenfield, DiVincenzo Schoenfield Swartzman ("DSS"), and asks this Honorable Court to approve attorney's fees and expenses for their services in the case of Tolomeo v. Cabada, Circuit Court of Cook County, Illinois Case No. 12 L 2266. In support thereof, Petitioner states as follows:

  2. On January 29, 2014, pursuant to 11 U.S.C. Section 327(e), this Court entered an order authorizing the Trustee to employ DSS as Special Counsel to continue to represent the Debtor, Michael Tolomeo, in the personal injury case of Tolomeo v. Cabada, Circuit Court of Cook County, Illinois Case No. 12 L 2266.

  3. Pursuant to this Court's order of January 29, 2014, the Trustee and DSS agreed that DSS was to be paid a contingency fee of one-third (1/3) of the gross recovery, if any, in Tolomeo v. Cabada, plus actual costs incurred, after notice and a hearing on separate application made therefore.

  4. Tolomeo v. Cabada was tried to a jury verdict and the Circuit Court of Cook County issued judgment on the jury verdict of Ten Thousand Five Hundred Thirty Dollars and Sixty-Five Cents ($10,530.65), plus costs on October 30, 2014. A copy of the judgment is attached as Exhibit A.

2

5. DiVincenzo Schoenfield Swartzman represented Michael Tolomeo throughout the litigation, from filing of the complaint, written discovery, six depositions including two physicians' depositions, pretrial matters, and through the trial. Rick Schoenfield tried the case and handled the litigation. Rick Schoenfield is a partner in DSS. He has been a member of the bar since 1976, during which time he has litigated and tried numerous cases and argued numerous appeals, including appeals in the Seventh Circuit Court of Appeals and in the United States Supreme Court.

6. Petitioner has submitted a request for taxable court costs to the defense counsel in Tolomeo v. Cabada of Five Hundred Twenty-Four Dollars ($524.00).

7. One-third of the gross amount recovered is a reasonable fee for the services Petitioner rendered. One-third of $10,530.65 is $3,510.22.

8. Actual litigation costs expended by DSS are as follows:

    $337.00 to Clerk of the Circuit Court for filing

    $120.00 to the Sheriff of Cook County for attempted service

    $ 12.00 to the Clerk of the Circuit Court for alias summonses

    $200.00 to Special Process Server, Inc. for service of summonses

    $ 20.00 to the City of Chicago for document subpoena

    $437.00 to Diane Hromek Court Reports, Inc. for Michael Tolomeo deposition transcript

    $150.00 to McGuire's II, LLC for Martin Cabada deposition

    $143.35 to Merrill Corp. for Dr. Mark Nolden deposition transcript

    $288.05 to Merrill Corp. for Nicole Javell deposition transcript

    $ 21.00 for trial subpoena to Northwestern Neurology Associates.

Total: One Thousand Seven Hundred Twenty-Eight Dollars and Forty Cents ($1,728.40)

9. An affidavit of Rick Schoenfield is attached hereto.

WHEREFORE, the petitioner, Rick Schoenfield, DiVincenzo Schoenfield Swartzman, asks this Honorable Court to approve disbursement of Three Thousand Five Hundred Ten Dollars and Twenty-Two Cents ($3,510.22) in fees and One Thousand Seven Hundred Twenty-Eight Dollars and Forty Cents (1,728.40) in expenses, to Divincenzo Schoenfield Swartzman, from the monies recovered in Tolomeo v. Cabada.

/s/ Rick Schoenfield

DiVincenzo Schoenfield Swartzman
Special Counsel for Trustee
33 N. LaSalle, Suite 2900
Chicago, IL 60602
(312) 334-4809

## AFFIDAVIT

Rick Schoenfield, an attorney, certifies under penalties as provided by law, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that the statements set forth in the foregoing petition are true and correct.

/s/ Rick Schoenfield

DiVincenzo Schoenfield Swartzman
Special Counsel for Trustee
33 N. LaSalle, Suite 2900
Chicago, IL 60602
(312) 334-4809

## **CERTIFICATE OF SERVICE**

      I, Rick Schoenfield, an attorney, being duly sworn on oath depose and state that I caused the FINAL FEE APPLICATION OF DIVINCENZO SCHOENFIELD SWARTZMAN AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE IN TOLOMEO V. CABADA to be served by the ECF System of the United States Bankruptcy Court for the Northern District of Illinois on all counsel of record and/or by U.S. Mail, 33 N. LaSalle St., Chicago, IL 60602 before the hour of 5:00 p.m. on November 24, 2014 as indicated on the attached Service List.

                                                        s/Rick Schoenfield
                                                        Rick Schoenfield

DiVincenzo Schoenfield Swartzman
Special Counsel for Trustee
33 N. LaSalle, Suite 2900
Chicago, IL 60602
(312) 334-4809

# Service List

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service
for this case.

- Howard L. Adelman hla@ag-ltd.com
- Alexander F Brougham abrougham@ag-ltd.com
- Mark A Carter mac@ag-ltd.com, lhope@ag-ltd.com
- Barry A Chatz bachatz@arnstein.com, bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
- James M. Crowley jcrowley@crowleylamb.com, docket@crowleylamb.com;mmusto@crowleylamb.com
- Jonathan P Friedland jfriedland@lplegal.com, jthompson@lplegal.com
- Beau T Greiman bgreiman@grglegal.com
- John W Guzzardo jguzzardo@shawfishman.com, jhampton@shawfishman.com
- James R Irving jim.irving@dlapiper.com, timothy.walsh@dlapiper.com;;lawrence.uchill@dlapiper.com;;william.coleman@dlapiper.com;;jason.karaffa@dlapiper.com;;docketingchicag@dlapiper.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Andre Ordeanu andre@zanesmith.com, Patty@Zanesmith.com;Kelly@Zanesmith.com;Zane@Zanesmith.com;Nichole@Zanesmith.com
- Francis J. Pendergast fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com
- Steven J Reynolds steven.reynolds@dlapiper.com, docketingchicago@dlapiper.com
- Adam B. Rome arome@grglegal.com, abernath@grglegal.com
- Brian L Shaw bshaw100@shawfishman.com, bharrington@shawfishman.com
- Elizabeth B Vandesteeg evandesteeg@lplegal.com, nbailey@lplegal.com
- Ariel Weissberg ariel@weissberglaw.com, Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weissberglaw.com
- Stephen G Wolfe steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov

**By United States Postal Service First Class Mail**

American Society of Composers
c/o Steven Reynolds
DLA Piper LLP US
203 N. LaSalle St., Ste. 1900

Bridgeview Bank Group
c/o Beau T. Greiman
24115 West 103rd Blvd.
Naperville, IL 60564

Cook County Treasurer
118 N. Clark St., Rm. 112
Chicago, IL 60602

Empire Cooler Services
c/o Schwarz, Wolf & Bernstein
314 N. McHenry Rd.

Laura Tolomeo
329 Springlake drive
Hinsdale, IL 60521

Mark a. Carter
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Chicago, IL 60604

Hinsdale Bank & Trust Co.
25 E. First St.
Hinsdale, IL 60521

Department of Treasury
PO Box 7346
Philadelphia, PA 19101

Fresh Start Produce
c/o Albert Law Firm
29 N. Wacker Dr., #550
Chicago, IL 60606

Office of U.S. Trustee
219 S. Dearborn, Rm. 873
Chicago, IL 60604

Barry A. Chatz
Arnstein & Lehr
120 S. Riverside Plaza,
Ste. 1200
Chicago, IL 60606

Bridgeview Bank
1970 N. Halstead St.
Chicago, IL 60614

Burr Ridge Real Estate Investors, LLC
c/o Greiman Rome & Griesmeyer, LLC
200 w. Madison St., Ste. 755
Chicago, IL 60606

Gemini International, Inc.
32 Springlake Drive
Hinsdale, IL 60521

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Howard Adelman
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Ste. 1050
Chicago, IL 60604

Patrick Layng, US Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

Ariel Weissberg
Weissberg & Associates, Ltd.
401 S. Lasalle St., Ste. 403
Chicago, IL 60605

Alexander Brougham
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Ste. 1050
Chicago, IL 60604

BCL Burr Ridge LLC
Jonathan Friedland
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60601

Illinois Dept of Revenue
Bankruptcy Dept.
PO Box 64338
Chicago, IL 60664

Michael Tolomeo
329 Springlake drive
Hinsdale, IL 60521

DuPage National Bank
c/o Neal Goldberg
39 S. LaSalle St., Ste. 122
Chicago, IL 60603