UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>MICHAEL TOLOMEO<br><br>Debtor(s) | BK No.: 13-01162<br><br>Chapter: 7<br>Honorable Janet S. Baer |

### ORDER APPROVING FINAL FEE APPLICATION OF DIVINCENZO SCHOENFIELD SWARTZMAN AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE IN TOLOMEO V. CABADA

Upon consideration of the FINAL FEE APPLICATION OF DIVINCENZO SCHOENFIELD SWARTZMAN AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE IN TOLOMEO V. CABADA (the "Application"), (capitailzed terms not defined herein shall have the meaning ascribed to them in the Application), requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6) and 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $3,510.22 as compensation for professional services rendered and $1,728.40 in actual expenses incurred by DiVincenzo Schoenfield Swartzman as Special counsel to the Chapter 7 trustee (the "Trustee") in Tolomeo v. Cabada for the bankruptcy estate of Michael Tolomeo (the "Debtor"), for the period beginning February 27, 2012 through and including November 14, 2014 (the "Application Period"); the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; proper notice having been given; and there being no sustainable objection to the requested relief, it is hereby ORDERED:

    a. The Application is allowed to the extent provided herein;

    b. Notice of the Application as provided for therein is sufficient;

    c. DiVincenzo Schoenfield Swartzman is allowed $3,510.22 in compensation and $1,728.40 in expense reimbursement, on a final basis, for services provided to the Trustee as Special Counsel in Tolomeo v. Cabada during the Application Period; and

    d. Pursuant to the Trustee's directions to DiVincenzo Schoenfield Swartzman, payment of the judgment shall be deposited into DiVincenzo Schoenfield Swartzman's IOLTA account and shall thereafter be distributed with the above approved compensation and expenses reimbursement to DiVincenzo Schoenfield Swartzman totaling $5,238.62 and, further, pursuant to direction of the Trustee, DiVincenzo Schoenfield Swartzman shall hold the balance of the payment in its IOLTA account pending the hearing scheduled before this Court on January 20, 2015 at 10:00 a.m. and further order of this Court.

Enter:

United States Bankruptcy Judge

Dated: 12/19/14

Rev: 20130104_bko

**Prepared by:**

Rick Schoenfield
DiVincenzo Schoenfield Swartzman
Special Counsel for Trustee
33 N. LaSalle, Suite 2900
Chicago, IL 60602
(312) 334-4809