# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL TOLOMEO | § | Case No. 13-01162 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 01/11/2013 . The case was converted to one under Chapter 7 on 09/16/2013 . The undersigned trustee was appointed on 09/18/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $  247,310.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 173,620.73 |
| Bank service fees | 1,548.79 |
| Other payments to creditors | 2,114.31 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 70,026.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/19/2014 and the deadline for filing governmental claims was 02/19/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,615.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 12,000.00 as interim compensation and now requests a sum of $ 3,615.50 , for a total compensation of $ 15,615.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 157.50 , and now requests reimbursement for expenses of $ 87.15 , for total expenses of $ 244.65 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/11/2016                By: /s/BARRY A. CHATZ
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-01162 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MICHAEL TOLOMEO | | | | Date Filed (f) or Converted (c): | 09/16/2013 (c) |
| | | | | | 341(a) Meeting Date: | 11/15/2013 |
| For Period Ending: | 05/11/2016 | | | | Claims Bar Date: | 02/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DIP CHAPTER 11 BANK ACCOUNT AT FIRST PERSONAL BANK (u) | 350.00 | 5,810.00 | | 5,810.00 | FA |
| 2. UNSCHEDULED ASSETS - SANCTIONS IMPOSED AGAINST DEBTOR (u) | 0.00 | 0.00 | | 1,500.00 | FA |
| 3. REAL PROPERTY - 329 SPRINGLAKE DRIVE, HINSDALE, IL 60521 | 550,000.00 | 0.00 | | 0.00 | FA |
| 4. REAL PROPERTY - 4924 OAK LANE PATH, STEVENSVILLE, MI | 850,000.00 | 0.00 | | 0.00 | FA |
| 5. CASH ON HAND - $200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AT 4924 OAK LANE PATH, STEVENSVILLE, MI | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AT 329 SPRINGLAKE DRIVE, HINSDALE, IL | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS, PICTURES - MISCELLANEOUS PAINTINGS BY DEBTOR | 0.00 | Unknown | | 0.00 | FA |
| 9. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. HOBBY EQUIPMENT - CAMERAS AND OTHER PHOTOGRAPHY EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. INSURANCE POLICIES - TERM METLIFE POLICY - NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 12. HINSDALE BANK IRA | 19,888.00 | 0.00 | | 0.00 | FA |
| 13. STOCK - 10 SHARES OF METLIFE COMMON STOCK | 320.50 | 0.00 | | 0.00 | FA |
| 14. CONTINGENT CLAIMS - PERSONAL INJURY CLAIM AGAINST MARTIN CAB | 0.00 | Unknown | | 0.00 | FA |
| 15. VEHICLES - 2003 RANGE ROVER | 6,800.00 | 0.00 | | 0.00 | FA |
| 16. STOCK, BUSINESS INT - HOWICH & CO. (u) | 0.00 | Unknown | | 0.00 | FA |
| 17. VEHICLES - 1983 FPRD EXP (DOES NOT RUN) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18. CONTINGENT AND UNLIQUIDATED CLAIMS AGAINST FULLER'S CAR WASH (u) | 1,900.00 | 0.00 | | 0.00 | FA |
| 19. VOID | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-01162 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MICHAEL TOLOMEO | | | | Date Filed (f) or Converted (c): | 09/16/2013 (c) |
| | | | | | 341(a) Meeting Date: | 11/15/2013 |
| For Period Ending: | 05/11/2016 | | | | Claims Bar Date: | 02/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. CONTINGENT CLAIMS AGAINST BCL CAPITAL FUNDING, LLC (u) | 0.00 | Unknown | | 225,000.00 | FA |
| 21. CONTINGENT CLAIMS AGAINST BRIDGEVIEW BANK (u) | 0.00 | Unknown | | 0.00 | FA |
| 22. PREFERENCE PAYMENTS TO HINSDALE BANK & TRUST FOR 329 SPRINGL (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| INT. VOID (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,435,458.50   $20,810.00       $247,310.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets liquidated; TFR submitted to UST reviewers for approval and filing 4/19/16.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Chapter 11 bank account |
| RE PROP # | 2 | -- | UNSCHEDULED ASSET - SANCTIONS IMPOSED AGAINST DEBTOR BY BANKRUPTCY COURT |
| RE PROP # | 3 | -- | 329 SPRINGLAKE DRIVE, HINSDALE, IL 60521 |
| RE PROP # | 4 | -- | 4924 OAK LANE PATH, STEVENSVILLE, MICHIGAN |
| RE PROP # | 5 | -- | CASH ON HAND (APPROX.) |
| RE PROP # | 6 | -- | MISCELLANEOUS HOUSEHOLD GOODS IN 4924 OAK LANE PATH, STEVENSVILLE, MICHIGAN (1/2 INTEREST) (APPROX.) |
| RE PROP # | 7 | -- | MISCELLANEOUS HOUSEHOLD GOODS IN 329 SPRINGLAKE DRIVE, HINSDALE, IL 60521 (1/2 INTEREST) (APPROX.) |
| RE PROP # | 8 | -- | MISCELLANEOUS PAINTINGS CREATED BY THE DEBTOR |
| RE PROP # | 9 | -- | NECESSARY WEARING APPAREL (APPROX.) |
| RE PROP # | 10 | -- | CAMERAS AND OTHER PHOTOGRAPHY EQUIPMENT (APPROX.) |
| RE PROP # | 11 | -- | METLIFE INSURANCE POLICY #XXXXX4483 (TERM) (NO CASH SURRENDER VALUE) |
| RE PROP # | 12 | -- | HINSDALE BANK IRA |
| RE PROP # | 13 | -- | METLIFE (10 SHARES OF COMMON STOCK) (APPROX.) |
| RE PROP # | 14 | -- | PERSONAL INJURY CLAIM: MICHAEL TOLOMEO V. MARTIN CABADA, CASE NO. 12 L 2266 IN THE CIRCUIT COURT OF COOK COUNTY |
| RE PROP # | 15 | -- | 2003 RANGE ROVER (APPROX.) |
| RE PROP # | 16 | -- | HOWICH & CO. (VALUE IS SCRAP VALUE OF VARIOUS EQUIPMENT & LEASEHOLD WITH GEMINI, INC.) |
| RE PROP # | 17 | -- | 1983 FORD EXP (DOES NOT RUN) |
| RE PROP # | 18 | -- | POTENTIAL CLAIM AGAINST FULLER'S CAR WASH FOR DAMAGE TO VEHICLE |
| RE PROP # | 20 | -- | POTENTIAL CLAIMS AGAINST BCL CAPITAL FUNDING, LLC AND ITS RELATED OR AFFILIATED COMPANIES, OFFICERS, EMPLOYEES, SHAREHOLDERS AND ATTORNEYS AND BCL'S SUCCESSORS, ASSIGNS AND TRANSFEREES FOR VARIOUS CAUSES OF ACTION |
| RE PROP # | 21 | -- | POTENTIAL CLAIMS AGAINST BRIDGEVIEW BANK AND ITS RELATED OR AFFILIATED COMPANIES, OFFICERS, EMPLOYEES AND SHAREHOLDERS, AND BRIDGEVIEW'S SUCCESSORS, ASSIGNS AND TRANSFEREES FOR VARIOUS CAUSES OF ACTION. |
| RE PROP # | 22 | -- | PREFERENCE PAYMENTS TO HINSDALE BANK & TRUST RE 329 SPRINGLAKE DRIVE, HINSDALE, IL |

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-01162 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL TOLOMEO | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0565 |
| | Checking |
| Taxpayer ID No: XX-XXX0626 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9470 | Transfer of Funds | 9999-000 | $72,140.48 | | $72,140.48 |
| 10/14/15 | 400001 | Department of the Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | 2014 Form 1041 | 5800-000 | | $1,156.00 | $70,984.48 |
| 10/14/15 | 400002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Illinois Form IL-1041-V | 5800-000 | | $953.00 | $70,031.48 |
| 03/11/16 | 400003 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0039 | TAXES Remainder of amount due for taxes for period ending 12/31/14 | 5800-000 | | $5.31 | $70,026.17 |

| | | |
|---|---|---|
| COLUMN TOTALS | $72,140.48 | $2,114.31 |
| Less: Bank Transfers/CD's | $72,140.48 | $0.00 |
| Subtotal | $0.00 | $2,114.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $2,114.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $72,140.48    $2,114.31

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-01162 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | MICHAEL TOLOMEO | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9470 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0626 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | 1 | MICHAEL TOLOMEO | BANK ACCOUNT | 1129-000 | $2,905.00 | | $2,905.00 |
| 01/29/14 | 1 | M. W. TOLOMEO | BANK ACCOUNT | 1129-000 | $2,905.00 | | $5,810.00 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $4.78 | $5,805.22 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,795.22 |
| 02/13/14 | 300002 | MILLENNIUM PROPERTIES R/E, INC. 200 West Madison Street36th FloorChicago, IL 60606 | PROFESSIONAL FEES Pursuant to 12/23/13 Court Order Fee for Broker Opinion of Value for portfolio 2/3/2014 Invoice | 2990-000 | | $3,500.00 | $2,295.22 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,285.22 |
| 03/19/14 | 2 | MICHAEL TOLOMEO | OTHER RECEIPTS | 1229-000 | $1,500.00 | | $3,785.22 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,775.22 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,765.22 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,755.22 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,745.22 |
| 07/16/14 | 20 | WIRE IN | SETTLEMENT FUNDS | 1229-000 | $200,000.00 | | $203,745.22 |
| 07/16/14 | 20 | WIRE IN | SETTLEMENT FUNDS | 1229-000 | $25,000.00 | | $228,745.22 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $199.75 | $228,545.47 |
| 08/28/14 | 300003 | MILLENNIUM PROPERTIES, INC. DANIEL HYMAN | COMMISSIONS PURSUANT TO 8/27/14 COURT ORDER | 3510-000 | | $2,500.00 | $226,045.47 |

| UST Form 101-7-TFR (5/1/2011) (Page: 7) | Page Subtotals: | $232,310.00 | $6,264.53 |
| --- | --- | --- | --- |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-01162 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MICHAEL TOLOMEO | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9470 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0626 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/14 | 300004 | SHAW FISHMAN GLANTS & TOWBIN LLC<br>321 NORTH CLARK STREET, SUITE 800 CHICAGO, IL 60654 | ATTORNEY FOR TRUSTEE PURSUANT TO 9/2/14 COURT ORDER | | | $150,404.99 | $75,640.48 |
| | | | ATTORNEY FOR TRUSTEE   $0.00 | 3210-000 | | | |
| | | | ATTORNEY FOR TRUSTEE   $0.00 | 3220-000 | | | |
| | | SHAW FISHMAN GLANTZ & TOWBIN LLC | TRUSTEE ATTORNEYS EXPENSES   ($3,726.99) | 3220-000 | | | |
| | | SHAW FISHMAN GLANTZ & TOWBIN LLC | TRUSTEE ATTORNEYS FEES   ($146,678.00) | 3210-000 | | | |
| 09/02/14 | 300005 | BARRY A. CHATZ, CHAPTER 7 TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA, SUITE 1200 CHICAGO, IL 60604 | TRUSTEE COMPENSATION PURSUANT TO 9/2/14 COURT ORDER | | | $12,157.50 | $63,482.98 |
| | | | $0.00 | 2690-000 | | | |
| | | CHATZ, BARRY A. | ($12,000.00) | 2100-000 | | | |
| | | CHATZ, BARRY A. | ($157.50) | 2200-000 | | | |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $339.74 | $63,143.24 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $108.20 | $63,035.04 |
| 10/20/14 | 22 | HINSDALE BANK & TRUST | | 1241-000 | $15,000.00 | | $78,035.04 |
| 10/31/14 | 300006 | BCL SHEFFIELD LLC | SETTLEMENT PURSUANT TO 10/7/14 COURT ORDER | 2990-000 | | $5,000.00 | $73,035.04 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $100.91 | $72,934.13 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $107.09 | $72,827.04 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $108.26 | $72,718.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                Page Subtotals:               $15,000.00      $168,326.69

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-01162 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL TOLOMEO | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9470 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0626 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/15 | 300007 | Arthur B. Levine Company<br>Surety Bond Agency<br>60 East 42nd Street - Room 965<br>New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $53.46 | $72,665.32 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.12 | $72,557.20 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.49 | $72,459.71 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.72 | $72,351.99 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $104.10 | $72,247.89 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.41 | $72,140.48 |
| 08/21/15 | | Transfer to Acct # xxxxxx0565 | Transfer of Funds | 9999-000 | | $72,140.48 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $247,310.00 | $247,310.00 |
| Less: Bank Transfers/CD's | $0.00 | $72,140.48 |
| Subtotal | $247,310.00 | $175,169.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $247,310.00 | $175,169.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*  Page Subtotals: $0.00  $72,718.78

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0565 - Checking | $0.00 | $2,114.31 | $70,026.17 |
| XXXXXX9470 - Checking Account | $247,310.00 | $175,169.52 | $0.00 |
| | $247,310.00 | $177,283.83 | $70,026.17 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $247,310.00 |
| Total Gross Receipts: | $247,310.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-01162-JSB  
Debtor Name: MICHAEL TOLOMEO  
Claims Bar Date: 2/19/2014

Date: May 11, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $15,615.50 | $15,615.50 |
| 100 2200 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $244.65 | $244.65 |
| 100 3210 | FRANKGECKER LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $499.19 | $499.19 |
| BOND 999 2300 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $4.78 | $4.78 |
| 100 3410 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | Administrative | | $0.00 | $1,200.00 | $1,200.00 |
| 100 3210 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>SHAW GUSSIS FISHMAN GLANTZ & TOWBIN LLC<br>321 NORTH CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | Administrative | | $0.00 | $180,086.00 | $180,086.00 |
| 100 3220 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>SHAW GUSSIS FISHMAN GLANTZ & TOWBIN LLC<br>321 NORTH CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | Administrative | | $0.00 | $4,463.45 | $4,463.45 |
| 100 2700 | United States Bankruptcy Court Clerk<br>Attn: Clerk's Office<br>219 South Dearborn Street<br>Chicago, IL 60604 | Administrative | Filing fee for commencement of adversary proceeding 14-00835 | $0.00 | $350.00 | $350.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-01162-JSB  
Debtor Name: MICHAEL TOLOMEO  
Claims Bar Date: 2/19/2014  

Date: May 11, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 100 2950 | Office Of The U.S. Trustee <B>(Administrative)</B> 219 S. Dearborn St. Room 873 Chicago, Il 60604 | Administrative | | $0.00 | $325.00 | $325.00 |
| 4 280 5800 | Department Of Treasury Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101-7346 | Priority | | $0.00 | $0.00 | $0.00 |
| 2A 400 4110 | Burr Ridge Real Estate Investors, Llc C/O Adam B Rome Greiman, Rome & Griesmeyer, Llc 200 W Madison St. Ste 755 Chicago, Il 60606 | Secured | | $0.00 | $800,000.00 | $800,000.00 |
| 5 400 4110 | Hinsdale Bank & Trust Company Francis J Pendergast, Iii/Crowley & Lmb, 221 N Lasalle Street, Suite 1500 Chicago, Il 60601 | Secured | | $0.00 | $4,486.92 | $4,486.92 |
| 6 400 4110 | Hinsdale Bank & Trust Company Francis J Pendergast, Iii/Crowley & Lmb, 221 N Lasalle Street, Suite 1500 Chicago, Il 60601 | Secured | | $0.00 | $604,161.71 | $604,161.71 |
| 7 400 4110 | Hinsdale Bank & Trust Company Francis J Pendergast, Iii/Crowley & Lmb, 221 N Lasalle Street, Suite 1500 Chicago, Il 60601 | Secured | | $0.00 | $73,521.03 | $73,521.03 |
| 8 400 4110 | Bcl-Sheffield Llc | Secured | | $0.00 | $7,600,000.00 | $7,600,000.00 |
| 9 400 4110 | Bcl Burr Ridge Llc Jonathan P Friedland, Levenfeld Pearlste 2 N Lasalle St Suite 1300 Chicago, Il 60602 | Secured | | $0.00 | $7,600,000.00 | $7,600,000.00 |
| 1 300 7100 | American Society Of Composers, Authors And Publish C/O Steven J. Reynolds-Dla Piper Llp Us 203 N. Lasalle Street; Suite 1900 Chicago, Il 60601 | Unsecured | | $0.00 | $188,376.82 | $188,376.82 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-01162-JSB  
Debtor Name: MICHAEL TOLOMEO  
Claims Bar Date: 2/19/2014  
Date: May 11, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2B 300 7100 | Burr Ridge Real Estate Investors, Llc<br>C/O Adam B Rome<br>Greiman, Rome & Griesmeyer, Llc<br>200 W Madison St. Ste 755<br>Chicago, Il 60606 | Unsecured | CLAIM WAIVED PURSUANT TO SETTLEMENT AGREEMENT APPROVED BY COURT ORDER ENTERED 6/27/14 | $0.00 | $6,493,295.36 | $6,493,295.36 |
| | Case Totals | | | $0.00 | $23,566,630.41 | $23,566,630.41 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-01162
Case Name: MICHAEL TOLOMEO
Trustee Name: BARRY A. CHATZ

Balance on hand $ 70,026.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2A | Burr Ridge Real Estate Investors, Llc | $ 800,000.00 | $ 800,000.00 | $ 0.00 | $ 0.00 |
| 5 | Hinsdale Bank & Trust Company | $ 4,486.92 | $ 4,486.92 | $ 0.00 | $ 0.00 |
| 6 | Hinsdale Bank & Trust Company | $ 604,161.71 | $ 604,161.71 | $ 0.00 | $ 0.00 |
| 7 | Hinsdale Bank & Trust Company | $ 73,521.03 | $ 73,521.03 | $ 0.00 | $ 0.00 |
| 8 | Bcl-Sheffield Llc | $ 7,600,000.00 | $ 7,600,000.00 | $ 0.00 | $ 0.00 |
| 9 | Bcl Burr Ridge Llc | $ 7,600,000.00 | $ 7,600,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 70,026.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 15,615.50 | $ 12,000.00 | $ 3,615.50 |
| Trustee Expenses: BARRY A. CHATZ | $ 244.65 | $ 157.50 | $ 87.15 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 499.19 | $ 0.00 | $ 499.19 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Charges: United States Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |
| Fees: Office Of The U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 4.78 | $ 4.78 | $ 0.00 |
| Other: SHAW FISHMAN GLANTZ & TOWBIN LLC | $ 180,086.00 | $ 146,678.00 | $ 33,408.00 |
| Other: SHAW FISHMAN GLANTZ & TOWBIN LLC | $ 4,463.45 | $ 3,726.99 | $ 736.46 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 40,221.30 |
| Remaining Balance | $ 29,804.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Department Of Treasury Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 29,804.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,681,672.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Society Of Composers, Authors And Publish | $ 188,376.82 | $ 0.00 | $ 840.29 |
| 2B | Burr Ridge Real Estate Investors, Llc | $ 6,493,295.36 | $ 0.00 | $ 28,964.58 |
| | Total to be paid to timely general unsecured creditors | | $ | 29,804.87 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE