IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL TOLOMEO, | Case No. 13-01162 |
| Debtor. | Honorable Janet S. Baer |

## CERTIFICATE OF SERVICE BY MAIL

    I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all claimants and other parties in interest of Michael Tolomeo, which are listed on the attached Service List by depositing same in the U.S. Mail, first class postage prepaid, on May 19, 2016.

                                      /s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

# SERVICE LIST

## Electronic Mail Notice List:

- Mark A Carter    mac@ag-ltd.com, lhope@ag-ltd.com
- Howard L. Adelman    hla@ag-ltd.com, dbaird@ag-ltd.com
- Barry A Chatz    bachatz@arnstein.com, bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com
- James M. Crowley    jcrowley@crowleylamb.com, docket@crowleylamb.com;mmusto@crowleylamb.com
- Anthony Divincenzo    asdlawyer@aol.com
- Jonathan P Friedland    jfriedland@sugarfgh.com, bkdocket@sugarfgh.com;plove@sugarfgh.com
- Beau T Greiman    bgreiman@grglegal.com, kregas@grglegal.com
- John W Guzzardo    jguzzardo@shawfishman.com, orafalovsky@shawfishman.com
- James R Irving    jirving@bgdlegal.com, smays@bgdlegal.com
- Terrence M Jordan    jordanlawpc@aol.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Francis J. Pendergast    fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com
- Steven J Reynolds    steven.reynolds@dlapiper.com, docketingchicago@dlapiper.com
- Adam B. Rome    arome@grglegal.com, abernath@grglegal.com
- Brian L Shaw    bshaw@shawfishman.com, jbunton@shawfishman.com
- Zane D Smith    andre@zanesmith.com, Patty@Zanesmith.com;Kelly@Zanesmith.com;Zane@Zanesmith.com;Nichole@Zanesmith.com
- Elizabeth B Vandesteeg    evandesteeg@sugarfgh.com, plove@sugarfgh.com
- Ariel Weissberg    ariel@weissberglaw.com, Hava@weissberglaw.com;victor@weissberglaw.com;rakesh@weissberglaw.com;ilan@weissberglaw.com;ewa@weissberglaw.com;dev@weissberglaw.com;weissberg401@gmail.com;sarah@weissberglaw.com
- Stephen G Wolfe    steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov

**Manual Notice List by first class mail, postage prepaid:**

Michael Tolomeo
329 Springlake Drive
Hinsdale, IL 60521

American Society of Composers, Authors and Publishers
c/o Steven J. Reynolds-DLA Piper LLP US
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Burr Ridge Real Estate Investors, LLC
c/o Adam B. Rome
Greiman, Rome & Griesmeyer, LLC
200 W. Madison Street, Suite 755
Chicago, IL 60606

Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

Dept. of Treasury Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Hinsdale Bank & Trust Company
Francis J. Pendergast, III
Crowley & Lamb
221 N. LaSalle Street, Suite 1500
Chicago, IL 60601

BCL-Sheffield LLC
BCL-Burr Ridge LLC
Jonathan P. Friedland
Levenfeld & Pearlstein
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602