# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL TOLOMEO | § | Case No. 13-01162 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,377,820.50                    Assets Exempt: 57,288.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 31,919.18       Claims Discharged
                                                   Without Payment: 12,204,867.31

Total Expenses of Administration: 215,390.82

---

3) Total gross receipts of $ 247,310.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 247,310.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,013,000.00 | $ 16,682,169.66 | $ 16,682,169.66 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 215,390.82 | 215,390.82 | 215,390.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,114.31 | 2,114.31 | 2,114.31 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,540,000.00 | 6,681,672.18 | 6,681,672.18 | 29,804.87 |
| **TOTAL DISBURSEMENTS** | $ 5,553,000.00 | $ 23,581,346.97 | $ 23,581,346.97 | $ 247,310.00 |

4) This case was originally filed under chapteron 01/11/2013 , and it was converted to chapter 7 on 09/16/2013 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2016           By:/s/BARRY A. CHATZ
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIP CHAPTER 11 BANK ACCOUNT AT FIRST PERSONAL BANK | 1129-000 | 5,810.00 |
| CONTINGENT CLAIMS AGAINST BCL CAPITAL FUNDING, LLC | 1229-000 | 225,000.00 |
| UNSCHEDULED ASSETS - SANCTIONS IMPOSED AGAINST DEBTOR | 1229-000 | 1,500.00 |
| PREFERENCE PAYMENTS TO HINSDALE BANK & TRUST FOR 329 SPRINGL | 1241-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$247,310.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bridgeview Bank 1970 N. Halstead St. Chicago, IL 60614 |  | 433,000.00 | NA | NA | 0.00 |
|  | Hinsdale Bank & Trust 25 E. First St. Hinsdale, IL 60521 |  | 580,000.00 | NA | NA | 0.00 |
| 9 | Bcl Burr Ridge Llc | 4110-000 | NA | 7,600,000.00 | 7,600,000.00 | 0.00 |
| 8 | Bcl-Sheffield Llc | 4110-000 | NA | 7,600,000.00 | 7,600,000.00 | 0.00 |
| 2A | Burr Ridge Real Estate Investors, Llc | 4110-000 | NA | 800,000.00 | 800,000.00 | 0.00 |
| 5 | Hinsdale Bank & Trust Company | 4110-000 | NA | 4,486.92 | 4,486.92 | 0.00 |
| 6 | Hinsdale Bank & Trust Company | 4110-000 | NA | 604,161.71 | 604,161.71 | 0.00 |
| 7 | Hinsdale Bank & Trust Company | 4110-000 | NA | 73,521.03 | 73,521.03 | 0.00 |
| TOTAL SECURED CLAIMS |  |  | $ 1,013,000.00 | $ 16,682,169.66 | $ 16,682,169.66 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 15,615.50 | 15,615.50 | 15,615.50 |
| BARRY A. CHATZ | 2200-000 | NA | 244.65 | 244.65 | 244.65 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arthur B. Levine Company | 2300-000 | NA | 53.46 | 53.46 | 53.46 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 4.78 | 4.78 | 4.78 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 1,023.95 | 1,023.95 | 1,023.95 |
| The Bank of New York Mellon | 2600-000 | NA | 524.84 | 524.84 | 524.84 |
| BARRY A. CHATZ, CHAPTER 7 TRUSTEE | 2690-000 | NA | 0.00 | 0.00 | 0.00 |
| United States Bankruptcy Court Clerk | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Office Of The U.S. Trustee | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| BCL SHEFFIELD LLC | 2990-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| MILLENNIUM PROPERTIES R/E, INC. | 2990-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |
| FRANKGECKER LLP | 3210-000 | NA | 499.19 | 499.19 | 499.19 |
| SHAW FISHMAN GLANTS & TOWBIN LLC | 3210-000 | NA | 0.00 | 0.00 | 0.00 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3210-000 | NA | 180,086.00 | 180,086.00 | 180,086.00 |
| SHAW FISHMAN GLANTS & TOWBIN LLC | 3220-000 | NA | 0.00 | 0.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3220-000 | NA | 4,463.45 | 4,463.45 | 4,463.45 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| MILLENNIUM PROPERTIES, INC. | 3510-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 215,390.82 | $ 215,390.82 | $ 215,390.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury | 5800-000 | NA | 1,161.31 | 1,161.31 | 1,161.31 |
| 4 | Department Of Treasury Internal Revenue Service | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| | Illinois Department of Revenue | 5800-000 | NA | 953.00 | 953.00 | 953.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,114.31 | $ 2,114.31 | $ 2,114.31 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Bank 1970 N. Halstead St. Chicago, IL 60614 | | 2,340,000.00 | NA | NA | 0.00 |
| | Bridgeview Bank 1970 N. Halstead St. Chicago, IL 60614 | | 2,200,000.00 | NA | NA | 0.00 |
| | Bridgeview Bank Group c/o Beau T. Greiman 24115 West 103rd Blvd. Naperville, IL 60564 | | 0.00 | NA | NA | 0.00 |
| | Bridgeview Bank Group c/o Greiman, Rome & Greismeyer 24115 West 103rd Blvd. Naperville, IL 60564 | | 0.00 | NA | NA | 0.00 |
| | DuPage National Bank c/o Neal M. Goldberg 39 S. LaSalle St., Suite 122 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Empire Cooler Services c/o Schwartz, Wolf & Bernstein 314 N. McHenry Rd. Buffalo Grove, IL 60089 | | 0.00 | NA | NA | 0.00 |
| | Fresh Start Produce c/o Albert Law Firm, PC 29 N. Wacker Dr. #550 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| 1 | American Society Of Composers, Authors And Publish | 7100-000 | NA | 188,376.82 | 188,376.82 | 840.29 |
| 2B | Burr Ridge Real Estate Investors, Llc | 7100-000 | NA | 6,493,295.36 | 6,493,295.36 | 28,964.58 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 4,540,000.00 | $ 6,681,672.18 | $ 6,681,672.18 | $ 29,804.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-01162 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL TOLOMEO | | | | Date Filed (f) or Converted (c): | 09/16/2013 (c) |
| | | | | | 341(a) Meeting Date: | 11/15/2013 |
| For Period Ending: | 11/17/2016 | | | | Claims Bar Date: | 02/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DIP CHAPTER 11 BANK ACCOUNT AT FIRST PERSONAL BANK (u) | 350.00 | 5,810.00 | | 5,810.00 | FA |
| 2. UNSCHEDULED ASSETS - SANCTIONS IMPOSED AGAINST DEBTOR (u) | 0.00 | 0.00 | | 1,500.00 | FA |
| 3. REAL PROPERTY - 329 SPRINGLAKE DRIVE, HINSDALE, IL 60521 | 550,000.00 | 0.00 | | 0.00 | FA |
| 4. REAL PROPERTY - 4924 OAK LANE PATH, STEVENSVILLE, MI | 850,000.00 | 0.00 | | 0.00 | FA |
| 5. CASH ON HAND - $200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AT 4924 OAK LANE PATH, STEVENSVILLE, MI | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AT 329 SPRINGLAKE DRIVE, HINSDALE, IL | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS, PICTURES - MISCELLANEOUS PAINTINGS BY DEBTOR | 0.00 | Unknown | | 0.00 | FA |
| 9. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. HOBBY EQUIPMENT - CAMERAS AND OTHER PHOTOGRAPHY EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. INSURANCE POLICIES - TERM METLIFE POLICY - NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 12. HINSDALE BANK IRA | 19,888.00 | 0.00 | | 0.00 | FA |
| 13. STOCK - 10 SHARES OF METLIFE COMMON STOCK | 320.50 | 0.00 | | 0.00 | FA |
| 14. CONTINGENT CLAIMS - PERSONAL INJURY CLAIM AGAINST MARTIN CAB | 0.00 | Unknown | | 0.00 | FA |
| 15. VEHICLES - 2003 RANGE ROVER | 6,800.00 | 0.00 | | 0.00 | FA |
| 16. STOCK, BUSINESS INT - HOWICH & CO. (u) | 0.00 | Unknown | | 0.00 | FA |
| 17. VEHICLES - 1983 FPRD EXP (DOES NOT RUN) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18. CONTINGENT AND UNLIQUIDATED CLAIMS AGAINST FULLER'S CAR WASH (u) | 1,900.00 | 0.00 | | 0.00 | FA |
| 19. VOID | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-01162 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MICHAEL TOLOMEO | | | | Date Filed (f) or Converted (c): | 09/16/2013 (c) |
| | | | | | 341(a) Meeting Date: | 11/15/2013 |
| For Period Ending: | 11/17/2016 | | | | Claims Bar Date: | 02/19/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining Assets |
| 20. CONTINGENT CLAIMS AGAINST BCL CAPITAL FUNDING, LLC (u) | 0.00 | Unknown | | 225,000.00 | FA |
| 21. CONTINGENT CLAIMS AGAINST BRIDGEVIEW BANK (u) | 0.00 | Unknown | | 0.00 | FA |
| 22. PREFERENCE PAYMENTS TO HINSDALE BANK & TRUST FOR 329 SPRINGL (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| INT. VOID (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,435,458.50    $20,810.00            $247,310.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets liquidated; TFR submitted to UST reviewers for approval and filing 4/19/16.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Chapter 11 bank account |
| RE PROP # | 2 | -- | UNSCHEDULED ASSET - SANCTIONS IMPOSED AGAINST DEBTOR BY BANKRUPTCY COURT |
| RE PROP # | 3 | -- | 329 SPRINGLAKE DRIVE, HINSDALE, IL 60521 |
| RE PROP # | 4 | -- | 4924 OAK LANE PATH, STEVENSVILLE, MICHIGAN |
| RE PROP # | 5 | -- | CASH ON HAND (APPROX.) |
| RE PROP # | 6 | -- | MISCELLANEOUS HOUSEHOLD GOODS IN 4924 OAK LANE PATH, STEVENSVILLE, MICHIGAN (1/2 INTEREST) (APPROX.) |
| RE PROP # | 7 | -- | MISCELLANEOUS HOUSEHOLD GOODS IN 329 SPRINGLAKE DRIVE, HINSDALE, IL 60521 (1/2 INTEREST) (APPROX.) |
| RE PROP # | 8 | -- | MISCELLANEOUS PAINTINGS CREATED BY THE DEBTOR |
| RE PROP # | 9 | -- | NECESSARY WEARING APPAREL (APPROX.) |
| RE PROP # | 10 | -- | CAMERAS AND OTHER PHOTOGRAPHY EQUIPMENT (APPROX.) |
| RE PROP # | 11 | -- | METLIFE INSURANCE POLICY #XXXXX4483 (TERM) (NO CASH SURRENDER VALUE) |
| RE PROP # | 12 | -- | HINSDALE BANK IRA |
| RE PROP # | 13 | -- | METLIFE (10 SHARES OF COMMON STOCK) (APPROX.) |
| RE PROP # | 14 | -- | PERSONAL INJURY CLAIM:  MICHAEL TOLOMEO V. MARTIN CABADA, CASE NO. 12 L 2266 IN THE CIRCUIT COURT OF COOK COUNTY |
| RE PROP # | 15 | -- | 2003 RANGE ROVER (APPROX.) |
| RE PROP # | 16 | -- | HOWICH & CO. (VALUE IS SCRAP VALUE OF VARIOUS EQUIPMENT & LEASEHOLD WITH GEMINI, INC.) |
| RE PROP # | 17 | -- | 1983 FORD EXP (DOES NOT RUN) |
| RE PROP # | 18 | -- | POTENTIAL CLAIM AGAINST FULLER'S CAR WASH FOR DAMAGE TO VEHICLE |
| RE PROP # | 20 | -- | POTENTIAL CLAIMS AGAINST BCL CAPITAL FUNDING, LLC AND ITS RELATED OR AFFILIATED COMPANIES, OFFICERS, EMPLOYEES, SHAREHOLDERS AND ATTORNEYS AND BCL'S SUCCESSORS, ASSIGNS AND TRANSFEREES FOR VARIOUS CAUSES OF ACTION |
| RE PROP # | 21 | -- | POTENTIAL CLAIMS AGAINST BRIDGEVIEW BANK AND ITS RELATED OR AFFILIATED COMPANIES, OFFICERS, EMPLOYEES AND SHAREHOLDERS, AND BRIDGEVIEW'S SUCCESSORS, ASSIGNS AND TRANSFEREES FOR VARIOUS CAUSES OF ACTION. |
| RE PROP # | 22 | -- | PREFERENCE PAYMENTS TO HINSDALE BANK & TRUST RE  329 SPRINGLAKE DRIVE, HINSDALE, IL |

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-01162 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | MICHAEL TOLOMEO | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0565 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0626 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/17/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9470 | Transfer of Funds | 9999-000 | $72,140.48 | | $72,140.48 |
| 10/14/15 | 400001 | Department of the Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | 2014 Form 1041 | 5800-000 | | $1,156.00 | $70,984.48 |
| 10/14/15 | 400002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Illinois Form IL-1041-V | 5800-000 | | $953.00 | $70,031.48 |
| 03/11/16 | 400003 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0039 | TAXES Remainder of amount due for taxes for period ending 12/31/14 | 5800-000 | | $5.31 | $70,026.17 |
| 06/21/16 | 400004 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Distribution | | | $3,702.65 | $66,323.52 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($3,615.50) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($87.15) | 2200-000 | | | |
| 06/21/16 | 400005 | United States Bankruptcy Court Clerk Attn: Clerk's Office 219 South Dearborn Street Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $65,973.52 |
| 06/21/16 | 400006 | Office Of The U.S. Trustee <B>(Administrative)</B> 219 S. Dearborn St. Room 873 Chicago, Il 60604 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 2950-000 | | $325.00 | $65,648.52 |
| 06/21/16 | 400007 | FRANKGECKER LLP 325 North LaSalle Street Suite 625 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $499.19 | $65,149.33 |

| | | | | Page Subtotals: | $72,140.48 | $6,991.15 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-01162 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | MICHAEL TOLOMEO | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0565 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0626 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/17/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/16 | 400008 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>SHAW GUSSIS FISHMAN GLANTZ & TOWBIN LLC<br>321 NORTH CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | Distribution | | | $34,144.46 | $31,004.87 |
| | | SHAW FISHMAN GLANTZ & TOWBIN LLC | Final distribution representing a payment of 100.00 % per court order. ($33,408.00) | 3210-000 | | | |
| | | SHAW FISHMAN GLANTZ & TOWBIN LLC | Final distribution representing a payment of 100.00 % per court order. ($736.46) | 3220-000 | | | |
| 06/21/16 | 400009 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601-2207 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,200.00 | $29,804.87 |
| 06/21/16 | 400010 | American Society Of Composers, Authors And Publish<br>C/O Steven J. Reynolds-Dla Piper Llp Us<br>203 N. Lasalle Street; Suite 1900<br>Chicago, Il 60601 | Final distribution to claim 1 representing a payment of 0.45 % per court order. | 7100-000 | | $840.29 | $28,964.58 |
| 06/21/16 | 400011 | Burr Ridge Real Estate Investors, Llc<br>C/O Adam B Rome<br>Greiman, Rome & Griesmeyer, Llc<br>200 W Madison St. Ste 755<br>Chicago, Il 60606 | Final distribution to claim 2 representing a payment of 0.45 % per court order. | 7100-000 | | $28,964.58 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $72,140.48 | $72,140.48 |
| Less: Bank Transfers/CD's | $72,140.48 | $0.00 |
| Subtotal | $0.00 | $72,140.48 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $72,140.48 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $0.00 | $65,149.33 |

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-01162 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | MICHAEL TOLOMEO | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX9470 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX0626 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/17/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | 1 | MICHAEL TOLOMEO | BANK ACCOUNT | 1129-000 | $2,905.00 | | $2,905.00 |
| 01/29/14 | 1 | M. W. TOLOMEO | BANK ACCOUNT | 1129-000 | $2,905.00 | | $5,810.00 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $4.78 | $5,805.22 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,795.22 |
| 02/13/14 | 300002 | MILLENNIUM PROPERTIES R/E, INC. 200 West Madison Street 36th Floor Chicago, IL 60606 | PROFESSIONAL FEES Pursuant to 12/23/13 Court Order Fee for Broker Opinion of Value for portfolio 2/3/2014 Invoice | 2990-000 | | $3,500.00 | $2,295.22 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,285.22 |
| 03/19/14 | 2 | MICHAEL TOLOMEO | OTHER RECEIPTS | 1229-000 | $1,500.00 | | $3,785.22 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,775.22 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,765.22 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,755.22 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,745.22 |
| 07/16/14 | 20 | WIRE IN | SETTLEMENT FUNDS | 1229-000 | $200,000.00 | | $203,745.22 |
| 07/16/14 | 20 | WIRE IN | SETTLEMENT FUNDS | 1229-000 | $25,000.00 | | $228,745.22 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $199.75 | $228,545.47 |
| 08/28/14 | 300003 | MILLENNIUM PROPERTIES, INC. DANIEL HYMAN | COMMISSIONS PURSUANT TO 8/27/14 COURT ORDER | 3510-000 | | $2,500.00 | $226,045.47 |

Page Subtotals: $232,310.00   $6,264.53

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-01162 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL TOLOMEO | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9470 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0626 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/17/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/14 | 300004 | SHAW FISHMAN GLANTS & TOWBIN LLC<br>321 NORTH CLARK STREET, SUITE 800 CHICAGO, IL 60654 | ATTORNEY FOR TRUSTEE PURSUANT TO 9/2/14 COURT ORDER | | | $150,404.99 | $75,640.48 |
| | | | ATTORNEY FOR TRUSTEE    $0.00 | 3210-000 | | | |
| | | | ATTORNEY FOR TRUSTEE    $0.00 | 3220-000 | | | |
| | | SHAW FISHMAN GLANTZ & TOWBIN LLC | TRUSTEE ATTORNEYS EXPENSES    ($3,726.99) | 3220-000 | | | |
| | | SHAW FISHMAN GLANTZ & TOWBIN LLC | TRUSTEE ATTORNEYS FEES    ($146,678.00) | 3210-000 | | | |
| 09/02/14 | 300005 | BARRY A. CHATZ, CHAPTER 7 TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA, SUITE 1200 CHICAGO, IL 60604 | TRUSTEE COMPENSATION PURSUANT TO 9/2/14 COURT ORDER | | | $12,157.50 | $63,482.98 |
| | | | $0.00 | 2690-000 | | | |
| | | CHATZ, BARRY A. | ($12,000.00) | 2100-000 | | | |
| | | CHATZ, BARRY A. | ($157.50) | 2200-000 | | | |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $339.74 | $63,143.24 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $108.20 | $63,035.04 |
| 10/20/14 | 22 | HINSDALE BANK & TRUST | | 1241-000 | $15,000.00 | | $78,035.04 |
| 10/31/14 | 300006 | BCL SHEFFIELD LLC | SETTLEMENT PURSUANT TO 10/7/14 COURT ORDER | 2990-000 | | $5,000.00 | $73,035.04 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $100.91 | $72,934.13 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $107.09 | $72,827.04 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $108.26 | $72,718.78 |

Page Subtotals: $15,000.00    $168,326.69

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-01162 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MICHAEL TOLOMEO | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9470 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0626 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/17/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/15 | 300007 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $53.46 | $72,665.32 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.12 | $72,557.20 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.49 | $72,459.71 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.72 | $72,351.99 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $104.10 | $72,247.89 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.41 | $72,140.48 |
| 08/21/15 | | Transfer to Acct # xxxxxx0565 | Transfer of Funds | 9999-000 | | $72,140.48 | $0.00 |

| | COLUMN TOTALS | $247,310.00 | $247,310.00 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $72,140.48 |
| | Subtotal | $247,310.00 | $175,169.52 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $247,310.00 | $175,169.52 |

Page Subtotals: $0.00  $72,718.78

UST Form 101-7-TDR (10/1/2010) (Page: 16)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0565 - Checking | $0.00 | $72,140.48 | $0.00 |
| XXXXXX9470 - Checking Account | $247,310.00 | $175,169.52 | $0.00 |
| | $247,310.00 | $247,310.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $247,310.00 |
| Total Gross Receipts: | $247,310.00 |